IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW B. BELANT, AA4623, ) | |
|       Petitioner, ) | No. C 14-3270 CRB (PR) |
| vs. ) | ORDER |
| HEIDI M. LACKNER, Warden, ) | |
|       Respondent. ) | |

Petitioner has filed a motion to alter or amend the judgment entered in favor of respondent in this case on June 22, 2015. Respondent shall file a response to the motion by no later than September 21, 2015, and petitioner shall file a reply within fourteen (14) days of his receiving a copy of respondent's response.

SO ORDERED.

DATED: August 20, 2015

                                CHARLES R. BREYER
                                United States District Judge

G:\PRO-SE\CRB\HC.14\Belant, A.14-3270.or1.wpd